FILED

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:
      )  CHAPTER 13
      )  CASE NO: **05-52818**

**CRAIG DREW PRITKO**
**MONICA LEE PRITKO**
      )  MARILYN SHEA-STONUM
      )  BANKRUPTCY JUDGE
     Debtor(s)  )
      )  TRANSMITTAL OF UNCLAIMED FUNDS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1.  In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **Sebraien M. Haygood**
    **Check No. 714845**
    **Amount - $191.96**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2.  The Chapter 13 Trustee is hereby enclosing a check in the amount of $191.96 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date:  **11/13/2009**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

*Check 728621*
*# 81066*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was sent to:

**CRAIG DREW PRITKO**          **MONICA LEE PRITKO**
**5561 WINDFALL RD**             **5561 WINDFALL RD**
**MEDINA, OH 44256**             **MEDINA, OH 44256**
**(Via Regular Mail)**              **(Via Regular Mail)**


**WILLIAM J BALENA (via ECF)**


**(via Regular Mail)**

Date of Service: **11/13/2009**       By: <u>**JoAnn Romig**</u>
                               Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com